IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br><br>      Plaintiff,<br><br>  v.<br><br>J. PRELIP, Senior Special Agent, et al.,<br><br>      Defendants. | Case No.: C 13-5359 CW (PR)<br><br>ORDER APPOINTING COUNSEL |

Plaintiff Jesse Perez, an inmate at Pelican Bay State Prison (PBSP), filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 alleging that staff at PBSP violated his constitutional rights. Because Plaintiff is in need of counsel to assist him in this matter and volunteer counsel is willing to be appointed to undertake this representation, Randall Lee, Matt Benedetto and Katie Moran from the law firm of Wilmer Cutler Pickering Hale and Dorr, LLP, 350 S. Grand Avenue, Suite 2100, Los Angeles, California, 90071, are hereby appointed as counsel for Plaintiff in this matter. The scope of this referral shall be for all purposes for the duration of this case.

All proceedings in this action are hereby stayed until four weeks from the date of this Order. Counsel shall be familiar with General Order No. 25 posted on the Court's website. The Clerk of

1  the Court shall mail a copy of this Order to Plaintiff and to
2  appointed counsel.
3      IT IS SO ORDERED.
4  Dated: 4/16/2014

      _____
      CLAUDIA WILKEN
      UNITED STATES DISTRICT JUDGE