1  Randall R. Lee (SBN: 152672)
   Matthew Benedetto (SBN: 252379)
2  Katie Moran (SBN: 272041)
   randall.lee@wilmerhale.com
3  WILMER CUTLER PICKERING
     HALE AND DORR LLP
4  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
5  Telephone: +1 213 443 5300
   Facsimile: +1 213 443 5400
6
   Attorneys for Plaintiff Jesse Perez
7
                   **UNITED STATES DISTRICT COURT**
8
                   **NORTHERN DISTRICT OF CALIFORNIA**
9

10 Jesse Perez                                          Case No. 13-cv-05359-VC

11                Plaintiff,                            **[PROPOSED] ORDER GRANTING
                                                        STIPULATION TO EXTEND TIME
12        vs.                                           TO FILE AMENDED COMPLAINT
                                                        AND DEFENDANTS' RESPONSE
13 J. Prelip, Senior Special Agent, and Officers A.    THERETO AS MODIFIED**
   Gates, S. Burris, D. Gongora, E. Healy, and G.
14 Pimentel,                                            Hon. Vince Chhabria

15                Defendants.

16

17        Plaintiff shall file and serve a First Amended Complaint on or before July 14, 2014.

18 Defendants shall file and serve their responsive pleading 24 days later, on or before August 7,

19 2014. If Defendants file a motion to dismiss under Federal Rule of Civil Procedure 12, Plaintiff

20 shall file an opposition within 14 days of Defendants' filing, and Defendants shall file a reply

21 within 7 days of the date Plaintiff's opposition is filed. The July 2, 2014 deadline for Defendants

22 to file a dispositive motion is vacated.

23        A case management conference shall be held on August 19, 2014, at 10:00 a.m. An

24 updated case management conference statement shall be due no later than August 12, 2014.

25        **IT IS SO ORDERED.**

26 Dated: June 12, 2014                                 _____

27                                                      Hon. Vince Chhabria
                                                        United States District Judge
28

[PROPOSED] ORDER
Case No. 13-cv-05359-VC

ActiveUS 128691838v.1