IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PRELIP, et al,**<br><br>Defendants. | Case No. C 13-5359 VC (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND TIME FOR DEFENDANT PRELIP TO ANSWER THE COMPLAINT |

The parties submitted a proposed stipulation extending the time for Defendant Prelip to answer the original complaint. The Court grants the parties' stipulation. The time for Defendant Prelip to answer the original complaint is extended to July 25, 2014. Defendant Prelip will not be required to answer the original complaint if Plaintiff files an amended complaint in accordance with the June 12, 2104 Order. Defendant Prelip will otherwise be bound by deadlines applicable to Defendants Burris, Gates, Gongora, Healy and Pimentel as reflected in the Court's June 12, 2014 Order.

IT IS SO ORDERED.

Dated: June 18, 2014



Vince Chhabria
United States District Judge

1