IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

**JESSE PEREZ**,

Plaintiff,

v.

**J. PRELIP, et al**,

Defendants.

Case No. C 13-5359 VC (PR)

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE DEPOSITION OF SALVADOR MENDOZA, AN INCARCERATED PERSON

The Court received Defendants' Application to Take Deposition of Salvador Mendoza, an Incarcerated Person. For good cause shown, the application is **GRANTED**. Defendants may depose Salvador Mendoza in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means if they choose.

**IT IS SO ORDERED**.

Dated: November 26, 2014     By: _____
                                The Honorable Vince Chhabria
                                United States District Judge

1

[Proposed] Order Granting Defs.' App. Take Dep. Salvador Mendoza (C 13-5359 VC (PR))