1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO

11

| | Case No. C 13-5359 VC (PR) |
|---|---|
| **JESSE PEREZ**, | |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE DEPOSITION OF RUDY GUERRERO, AN INCARCERATED PERSON** |
| v. | |
| **J. PRELIP, et al**, | |
| Defendants. | |

18          The Court received Defendants' Application to Take Deposition of Rudy Guerrero, an

19    Incarcerated Person.  For good cause shown, the application is **GRANTED**.  Defendants may

20    depose Rudy Guerrero in accordance with the Federal Rules of Civil Procedure and the

21    institution's rules and regulations, including the presence of correctional officers during the

22    deposition, and may take the deposition by remote means if they choose.

23          **IT IS SO ORDERED**.

24

25    Dated:  November 26, 2014      By:  _____

26                                         The Honorable Vince Chhabria
                                          United States District Judge

27

28

1