IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **JESSE PEREZ**, <br><br> Plaintiff, <br><br> v. <br><br> **J. PRELIP, et al**, <br><br> Defendants. | Case No. C 13-5359 VC (PR) <br><br> [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO TAKE DEPOSITION OF JESSE PEREZ, AN INCARCERATED PERSON** |

The Court received Defendants' Application to Take Deposition of Jesse Perez, an Incarcerated Person. For good cause shown, the application is **GRANTED**. Defendants may depose Jesse Perez in accordance with the Federal Rules of Civil Procedure and the institution's rules and regulations, including the presence of correctional officers during the deposition, and may take the deposition by remote means if they choose.

**IT IS SO ORDERED**.

Dated: November 26, 2014       By: _____
                                    The Honorable Vince Chhabria
                                    United States District Judge

1

[Proposed] Order Granting Defs.' Appl. Take Dep. Jesse Perez (C 13-5359 VC (PR))