Randall R. Lee (SBN: 152672)
randall.lee@wilmerhale.com
Matthew D. Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff*

Kamala D. Harris
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Jennifer J. Nygaard (SBN: 229494)
jennifer.nygaard@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-4460
Facsimile: (510) 622-2270

*Attorneys for Defendants Burris, Gates Gongora, Healy, Pimentel, and Prelip*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JESSE PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PRELIP, et al.,**<br><br>Defendants. | C 13-5359 VC (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 16, 2014 PURSUANT TO L.R 6-2**<br><br>Judge:         The Honorable Vince Chhabria<br>Trial Date:    June 8, 2015<br>Action Filed:  November 19, 2013 |

1

[Proposed] Order Granting Stip. Continue CMC Scheduled for December 16, 2014 (C 13-5359 VC (PR))

ActiveUS 138345386v.1

1  Under Civil L.R. 6-2, Plaintiff Jesse Perez and Defendants Burris, Gates, Gongora, Healy,
2  Pimentel, and Prelip (Defendants) stipulate to seek an Order continuing the Case Management
3  Conference set for December 16, 2014.  The parties are conducting document discovery and are
4  about to commence deposition discovery and therefore may be better positioned to discuss ADR
5  and related issues once discovery closes on January 16, 2015.  If the Court's schedule permits, the
6  parties submit that a Case Management Conference in the first week of February 2015 may be
7  more productive.

   PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management
   Conference set for December 16, 2014 is hereby continued to a date convenient to the Court.

   Dated: December 9, 2014                    _____
                                              The Hon. Vince Chhabria

**The case management conference is rescheduled to February 3, 2015, at 10:00 a.m. Counsel are ordered to file an updated joint case management statement no later than 7 days prior to the hearing.**

2

[Proposed] Order Granting Stip. Continue CMC Scheduled for December 16, 2014 (C 13-5359 VC (PR))

ActiveUS 138345386v.1