UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br><br>            Plaintiff,<br><br>     v.<br><br>J PRELIP, et al.,<br><br>            Defendants. | Case No. 13-cv-05359-VC<br><br>**ORDER RE PLAINTIFF'S EMERGENCY MOTION FOR CONFIDENTIAL MEETING**<br><br>Re: Dkt. No. 56 |

The defendants are ordered to file a response to the plaintiff's emergency motion by no later than 1 p.m. today. Counsel for both sides should make themselves available between 1 p.m. and 5 p.m. today in the event the Court determines a telephonic hearing is necessary. In the meantime, the defendants are notified that the Court is tentatively inclined to grant the plaintiff's emergency motion, and therefore the defendants should begin preparing now for that possibility, rather than waiting for a final ruling from the Court.

**IT IS SO ORDERED**.

Dated: January 9, 2015

_____
VINCE CHHABRIA
United States District Judge