Randall R. Lee (SBN: 152672)
randall.lee@wilmerhale.com
Matthew D. Benedetto (SBN: 252379)
matthew.benedetto@wilmerhale.com
Katie Moran (SBN: 272041)
katie.moran@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:  (213) 443-5300
Facsimile:  (213) 443-5400

*Attorneys for Plaintiff*

Kamala D. Harris
Attorney General of California
William C. Kwong
Supervising Deputy Attorney General
Jennifer J. Nygaard (SBN: 229494)
jennifer.nygaard@doj.ca.gov
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 622-4460
Facsimile: (510) 622-2270

*Attorneys for Defendants Burris, Gates
Gongora, Healy, Pimentel, and Prelip*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE PEREZ | Case No.  3:13-cv-05359-VC |
| Plaintiff, | **JOINT STIPULATION TO EXTEND EXPERT DISCOVERY CUT-OFF TO MARCH 13, 2015 PURSUANT TO L.R. 6-1(A)** |
| vs. | |
| J. PRELIP, et al., | |
| Defendant. | |

ActiveUS 140801770v.3

1    Under Civil Local Rule 6-1(a), Plaintiff Jesse Perez and Defendants Burris, Gates,

2  Gongora, Healy, Pimentel, and Prelip (Defendants) stipulate to extend the time for the parties to

3  complete expert discovery to March 13, 2015.

4    The initial Case Management Conference in this action was held on August 28, 2014

5  during which the Court set a fact discovery cut-off date of January 16, 2015, a dispositive motion

6  filing deadline of March 19, 2015, and a trial date for June 8, 2015.  The parties also agreed to a

7  February 20, 2015 cut-off for expert discovery, though it was not entered in the Court's order.

8  (Docket No. 43).  The parties completed fact discovery on January 16, 2015.

9    A Further Case Management Conference was held on February 3, 2015.  At that

10  conference, at the request of Plaintiff, the Court continued the trial date to July 27, 2015.

11  (Docket No. 62).  At Defendants' request, the Court also permitted an extension of the

12  dispositive motion deadline, setting May 21, 2015 as the last day for a hearing on such a motion.

13    The parties have conferred and hereby agree to extend the deadline for expert discovery

14  to March 13, 2015, which is in accordance with, and does not alter, the rest of the scheduling

15  dates.

16    IT IS STIPULATED AND AGREED that the time for the parties to complete expert

17  discovery is extended up to and including March 13, 2015.

18

19

20

21

22

23

24

25

26

27

28

-1-

ActiveUS 140801770v.3

Dated:  February 6, 2015

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:      /s/ Matthew D. Benedetto
Randall R. Lee
Matthew D. Benedetto
Katie Moran
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Attorneys for Plaintiff Jesse Perez*

Dated:  February 6, 2015

KAMALA D. HARRIS
Attorney General of California

By:      /s/ Jennifer J. Nygaard
Jennifer J. Nygaard
CA State Attorney General's Office
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550

*Attorneys for Defendants Burris, Gates,
Gongora, Healy, Pimentel, and Prelip*

Date: February 9, 2015

GRANTED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

JOINT STIPULATION
Case No.  3:13-cv-05359-VC