UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE PEREZ,

          Plaintiff,

    v.

J PRELIP, et al.,

          Defendants.

Case No.  13-cv-05359-VC   (NJV)

**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on March 20, 2015 at Pelican Bay State Prison, and the results of that proceeding are indicated below:

(1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

( X )  Plaintiff, Jesse Perez and his counsel, Randall Lee and Katie Moran

(  )  Warden or warden's representative

( X )  Office of the California Attorney General, Jennifer J Nygaard

(  )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

(  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

(  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

United States District Court
Northern District of California

United States District Court
Northern District of California

1      ( X )  The parties are unable to reach an agreement at this time.  Counsel will contact

2 Judge Vadas' courtroom deputy to schedule a further settlement conference after the presiding

3 judge rules on the motion for summary judgment.

4      **IT IS SO ORDERED.**

5 Dated: March 25, 2015

6 _____

7 NANDOR J. VADAS
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28