1   KAMALA D. HARRIS
    Attorney General of California
2   DAMON G. MCCLAIN
    Supervising Deputy Attorney General
3   JENNIFER J. NYGAARD
    Deputy Attorney General
4   State Bar No. 229494
      1515 Clay Street, 20th Floor
5     P.O. Box 70550
      Oakland, CA  94612-0550
6     Telephone:  (510) 622-4460
      Fax:  (510) 622-2270
7     E-mail:  Jennifer.Nygaard@doj.ca.gov
    *Attorneys for Defendants Burris, Gates,*
8   *Gongora, Healy, and Pimentel*

9

                IN THE UNITED STATES DISTRICT COURT
10
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13

| | |
|---|---|
| 14  **JESSE PEREZ,** | C 13-5359 VC (PR) |
| 15                                    Plaintiff, | **EX PARTE APPLICATION TO EXCUSE PERSONAL APPEARANCE OF DEFENDANTS AT SETTLEMENT** |
| 16          v. | **CONFERENCE** |
| 17 | |
| 18  **J. PRELIP, et al,** | Date:          July 10, 2015<br>Time:          10:00 a.m. |
| 19                                   Defendants. | Location:    USDC ND Cal., Courtroom D<br>Judge:        Magistrate Nandor J. Vadas<br>Trial Date:  July 27, 2015 |
| 20 | Action Filed:  November 19, 2013 |

21        Defendants Burris, Gates, Gongora, Healy, and Pimentel (Defendants) respectfully request

22   that the Court excuse their personal appearance at the July 10, 2015 settlement conference.  Staff

23   counsel for the California Department of Corrections and Rehabilitation has authority to enter

24   into settlement agreements on behalf of corrections personnel, including Defendants, and will

25   attend the settlement conference.  Thus, Defendants' presence at the settlement conference is

26   unnecessary.  Moreover, Defendants, who are all employed at Pelican Bay State Prison, would

27   incur unnecessary travel-related expenses to attend the settlement conference in San Francisco.

28   ///

                                    1

1    Dated:  June 22, 2015            Respectfully submitted,

2                                 KAMALA D. HARRIS
                                Attorney General of California
3                                 DAMON G. MCCLAIN
                                Supervising Deputy Attorney General

4

5                                 ***/S/ JENNIFER J. NYGAARD***
                                JENNIFER J. NYGAARD
6                                 Deputy Attorney General
                                *Attorneys for Defendants Burris, Gates,*
7                                 *Gongora, Healy, and Pimentel*

8

9    SF2014408097
     90524753.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Ex Parte Appl. Excuse Personal Appearance Defs. Settlement Conf. (C 13-5359 VC (PR))