IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PRELIP, et al,**<br><br>Defendants. | Case No. C 13-5359 VC (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCUSE PERSONAL APPEARANCE OF DEFENDANTS AT SETTLEMENT CONFERENCE** |

Defendants Burris, Gates, Gongora, Healy, and Pimentel (Defendants) requested that the Court excuse their personal appearance at the July 10, 2015 settlement conference. Good causing appearing, the Court **GRANTS** Defendants' application. Defendants are excused from attending the settlement conference.

**IT IS SO ORDERED**.

Dated: _____  By: _____
The Honorable Nandor J. Vadas
Magistrate Judge