# CERTIFICATE OF SERVICE

Case Name:   <u>**J. Perez v. J. Prelip, et al.**</u>          No.   <u>**C 13-5359 VC (PR)**</u>

I hereby certify that on <u>June 22, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**EX PARTE APPLICATION TO EXCUSE PERSONAL APPEARANCE OF DEFENDANTS AT SETTLEMENT CONFERENCE;**

**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCUSE PERSONAL APPEARANCE OF DEFENDANTS AT SETTLEMENT CONFERENCE.**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 22, 2015</u>, at Oakland, California.

|  |  |
|---|---|
| <u>S. Wu</u> | <u>*/s/ S. Wu*</u> |
| Declarant | Signature |

90524759.doc

# CERTIFICATE OF SERVICE

Case Name:   **J. Perez v. J. Prelip, et al.**          No.   **C 13-5359 VC (PR)**

I hereby certify that on <u>June 22, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

Name of document(s)

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 22, 2015</u>, at Oakland, California.

Sylvia S. Wu
Declarant                                                                                  Signature

90524759.doc