IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE PEREZ,** | Case No. C 13-5359 VC (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXCUSE PERSONAL APPEARANCE OF DEFENDANTS AT SETTLEMENT CONFERENCE** |
| v. | |
| **J. PRELIP, et al,** | |
| Defendants. | |

Defendants Burris, Gates, Gongora, Healy, and Pimentel (Defendants) requested that the Court excuse their personal appearance at the July 10, 2015 settlement conference. Good causing appearing, the Court **GRANTS** Defendants' application. Defendants are excused from attending the settlement conference.

**IT IS SO ORDERED**.

Dated: June 23, 2015    By: _____
The Honorable Nandor J. Vadas
Magistrate Judge