UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSE PEREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>A. GATES, et al.,<br><br>    Defendants. | Case No.  13-cv-05359 VC (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

This case is set for a video settlement conference on July 10, 2015.  In order to facilitate that settlement conference, Plaintiff's counsel shall contact Plaintiff's institution and arrange to have telephonic contact with Plaintiff during the settlement conference.

**IT IS SO ORDERED**.

Dated: June 25, 2015

NANDOR J. VADAS
United States Magistrate Judge