IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE PEREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**J. PRELIP, et al,**<br><br>Defendants. | Case No. C 13-5359 VC (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURT FOR TRIAL |

Defendants' Burris, Gates, Gongora, Healy, and Pimentel seek an order to bring electronic equipment into Court for trial. Defendants' motion is granted. Defendants may bring laptops, computer monitors, power strips, cables, cords, etc. for use to present evidence and argument during trial into Court on November 13, 2015 for testing, and during each day of trial commencing on November 16, 2015.

IT IS SO ORDERED.

Dated: November 10, 2015

_____
The Honorable Vince Chhabria

1

[Proposed] Order (C 13-5359 VC (PR))