UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br>        Plaintiff,<br>v.<br>A GATES, et al.,<br>        Defendants. | Case No. 13-cv-05359-VC<br><br>**ORDER** |

    During the trial, the state is ordered to permit Mr. Perez to shower and shave every day.

**IT IS SO ORDERED.**

Dated: November 16, 2015

_____
VINCE CHHABRIA
United States District Judge