UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A GATES, et al.,<br><br>    Defendants. | Case No.  13-cv-05359-VC<br><br>**ORDER** |

Under Fed. R. Evid. 403, the defendants are precluded from cross-examining the plaintiff about his First Amendment activity following October 10, 2012. *Cf. Brodheim v. Cry*, 584 F.3d 1262, 1271 (9th Cir. 2009) ("[A]n objective standard governs the chilling inquiry; a plaintiff does not have to show that 'his speech was actually inhibited or suppressed,' but rather that the adverse action at issue 'would chill or silence a person of ordinary firmness from future First Amendment activities.' To hold otherwise 'would be unjust' as it would 'allow a defendant to escape liability for a First Amendment violation merely because an unusually determined plaintiff persists in his protected activity.'" (quoting *Rhodes v. Robinson*, 408 F.3d 559, 568-69 (9th Cir. 2004)) (emphasis omitted)).

**IT IS SO ORDERED.**

Dated: November 16, 2015

_____
VINCE CHHABRIA
United States District Judge