UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE PEREZ,<br>           Plaintiff,<br>   v.<br>A GATES, et al.,<br>           Defendants. | Case No. 13-cv-05359-VC<br><br>**VERDICT FORM** |

Based on the Court's instructions about the applicable law, we the jury unanimously answer the questions submitted to us as follows:

**QUESTION ONE:**

Did the plaintiff, Jesse Perez, prove, by a preponderance of the evidence, that one or more of the defendants violated Perez's First Amendment rights?

| | | |
|---|---|---|
| Sean Burris | _____ YES | _____ NO |
| Anthony Gates | _____ YES | _____ NO |
| Daniel Gongora | _____ YES | _____ NO |
| Eric Healy | _____ YES | _____ NO |
| Guillermo Pimentel | _____ YES | _____ NO |

**QUESTION TWO:**

Did the plaintiff, Jesse Perez, prove, by a preponderance of the evidence, that one or more of the defendants conspired to violate Perez's First Amendment rights?

| | | |
|---|---|---|
| Sean Burris | _____ YES | _____ NO |
| Anthony Gates | _____ YES | _____ NO |
| Daniel Gongora | _____ YES | _____ NO |
| Eric Healy | _____ YES | _____ NO |
| Guillermo Pimentel | _____ YES | _____ NO |

If your answer to Questions 1 or 2 is "yes" as to any defendant, proceed to question 3. Otherwise, the presiding juror should sign and date the form and return it to the Court.

**QUESTION THREE:**

Do you find by a preponderance of the evidence that one or more of the following defendants' conduct was malicious, oppressive, or in reckless disregard of Plaintiff Jesse Perez's constitutional rights?

| | | |
|---|---|---|
| Sean Burris | _____ YES | _____ NO |
| Anthony Gates | _____ YES | _____ NO |
| Daniel Gongora | _____ YES | _____ NO |
| Eric Healy | _____ YES | _____ NO |
| Guillermo Pimentel | _____ YES | _____ NO |

The presiding juror shall sign and date this special verdict form and return it to the Court.

Dated: November ___, 2015

By:_____

Presiding Juror