UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE PEREZ,

    Plaintiff,

    v.

A GATES, et al.,

    Defendants.

Case No. 13-cv-05359-VC

**COURT'S PROPOSED DAMAGES PHASE VERDICT FORM**

**QUESTION ONE:**

    Specify the amount of damages that will reasonably and fairly compensate the plaintiff, Jesse Perez, for the actions of Defendants Anthony Gates, Daniel Gongora, Eric Healy, and/or Guillermo Pimentel.

    Amount: $_____

**QUESTION TWO:**

    If you find punitive damages should be awarded against Defendant Anthony Gates, specify the amount.

    Amount: $_____