UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JESSE PEREZ,

    Plaintiff,

    v.

A GATES, et al.,

    Defendants.

Case No. 13-cv-05359-VC

**ORDER RE INJUNCTIVE RELIEF**

The plaintiff's request for injunctive relief is denied in light of the following facts: (i) the plaintiff has been approved for a transfer to a different institution; (ii) the only defendant against whom the jury awarded punitive damages is on leave and appears unlikely to return to work; and (iii) the retaliatory Rules Violation Report was ultimately not sustained. *See Armstrong v. Brown*, 768 F.3d 975, 983-84 (9th Cir. 2014); 18 U.S.C. § 3626(a)(1).

The plaintiff should prepare and file, after defense has reviewed, a proposed judgment. The proposed judgment should be filed no later than December 8, 2015.

**IT IS SO ORDERED.**

Dated: December 2, 2015

VINCE CHHABRIA
United States District Judge