1  Randall R. Lee (SBN: 152672)
   randall.lee@wilmerhale.com
2  Matthew D. Benedetto (SBN: 252379)
   matthew.benedetto@wilmerhale.com
3  Katie Moran (SBN: 272041)
   katie.moran@wilmerhale.com
4  WILMER CUTLER PICKERING HALE
      AND DORR LLP
5  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
6  Telephone:     (213) 443-5300
   Facsimile:     (213) 443-5400
7
   *Attorneys for Plaintiff Jesse Perez*
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| JESSE PEREZ, | Case No. 3:13-cv-05359-VC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY |
| vs. | |
| A. GATES, *et al*., | |
| Defendants. | |

Plaintiff's request for leave to file a reply to Defendants' Objections to Plaintiff's Bill of Costs is hereby GRANTED.

Dated: February 19, 2016

_____
The Honorable
IT IS SO ORDERED
Judge Vince Chhabria

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY
Case No. 3:13-cv-05359-VC